UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            ECF CASE
------------------------------------------------------------------X
TRUSTEES OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235 FRINGE
BENEFIT FUNDS and THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235,            04 CIV 6859 (CM)
                                                                     (GAY

                              Plaintiffs,            **Fed R. Civ. Pro. 7.1**

     -Against-

CARLTON CONCRETE CORPORATION,
                              Defendant.
------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

     None.


Dated: August 20, 2004


                              s/ Karin Arrospide
                              Karin Arrospide, Esq.  (KA9319)
                              Barnes, Iaccarino, Virginia, Ambinder & Shepherd
                              258 Saw Mill River Road
                              Elmsford, NY  10523
                              (914) 592-1515