**GENERAL AFFIDAVIT OF SERVICE**
Service Upon Corporation Through Secretary of State

Index Number: 04 CIV. 6859

United States District Court Southern District Of New York

---

Trustees Of The Laborers International Union Of North America Local 235 Fringe Benefit Fun

                                     Plaintiff - Petitioner

vs.

Carlton Concrete Corporation

                                     Defendant - Respondent

---

STATE OF NEW YORK
COUNTY OF SCHENECTADY

ss.: Arthur Clay, being duly sworn, deposes and says: THAT deponent is not a party to this action, is over 18 years of age and resides at Schenectady, New York.

That on September 21, 2004 at 4:00 P.M. in the office of the Secretary of State, of the State of New York, in the city of Albany deponent served the within SUMMONS, COMPLAINT AND RULE 7.1 upon Carlton Concrtete Corporation, the defendant therein named.
By delivering to and leaving with Norah Radler the Sr. Data Entry Machine Operator in the office of the Secretary of State, of the State of New York, personally at the office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00.

That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further says that he knew the person so served as aforesaid to be employed in the Office of Secretary of State of the State of New York and duly authorized to accept such service on behalf of said defendant(s).

DESCRIPTION - Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | APPROX. AGE | HEIGHT | WEIGHT |
|-----|------------|------------|-------------|--------|--------|
| F   | WHITE      | BLONDE     | 30          | 5'7"   | 130    |

Sworn to before me, this
23RD day of September 2004

_____
Notary Public

ROSEANN PECORARO
Notary Public - State of New York
No. 01PE4699135
Qualified in Schenectady County
My Commission Expires 1/21/06

_____
Arthur Clay
APR INTERNATIONAL
146-148 Barrett Street
P.O. Box 1049
Schenectady, New York 12301
Phone (518) 374-8390
201462