# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, P.L.L.C.
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

MEMO ENDORSED

October 7, 2004

RECEIVED
OCT - 7 2004
CHAMBERS OF
COLLEEN McMAHON

*Case is on suspense — bankruptcy stay*

VIA FACSIMILE TRANSMISSION

Honorable Justice Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: Trustees of the Laborers, et al. vs. Carlton Concrete Corp., 04 Civ. 6859 (CM)

Dear Justice McMahon:

This firm represents Plaintiff-Trustees in the above-referenced matter. I write report to the Court that our clients have received notice that Defendant has filed for Chapter 11 protection in the Eastern District of New York.

We shall undertake our best efforts to keep the Court apprised of substantial developments, if any.

Thank you for your attention to this matter.

Respectfully submitted,

Karin Arrospide, Esq.

Encl.

cc: Jonathan S. Pasternak, Esq. (via first class mail and w/o encl.)
Counsel for Carlton Concrete Corp.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

FORM B9F (Alt.) (Chapter 11 Corporation/Partnership Asset Case) (3/1/04)    Case Number 8-04-86237-mlc

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 9/30/04.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Carlton Concrete Corporation
dba M.D. Construction Corp.
342 East Jericho Turnpike
Suite 231
Mineola, NY 11501

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 8-04-86237-mlc | 11-3403739 |

Attorney for Debtor (name and address):
Jonathan S Pasternak
Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528
Telephone number: (914) 381-7400

### Meeting of Creditors:
Date: October 29, 2004    Time: 10:00 AM
Location: Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 561, Central Islip, NY 11722-4437

### Deadlines to File a Proof of Claim:
Proof of claim must be received by the bankruptcy clerk's office by the following deadline:
Notice of deadline will be sent at a later time.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Return address: U.S. Bankruptcy Court | For the Court: |
|---|---|
| 290 Federal Plaza | Clerk of the Bankruptcy Court: |
| P.O. Box #9013 | Joseph P. Hurley |
| Central Islip, NY 11722-9013 | |
| Telephone number: (631) 712-6200 | |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 10/1/04 |

018937