**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Trustees of the Laborers International  |
Locall 235                              |
                                        |
                                        |   NOTICE OF REASSIGNMENT
                                        |
              -V-                       |
                                        |
                                        |   04   civ. 6859 (KMK)(GAY)
Carlton Concrete Corp.                  |
------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Kenneth M. Karas

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated: 8/6/07

by: _____
Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis

CC:  Attorneys of Record

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004