USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRUSTEES OF THE LABORERS
INTERNATIONAL UNION OF NORTH AMERICA
LOCAL 235 FRINGE BENEFIT FUNDS and
THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235,

04 Civ. 6859 (KMK)

                      Plaintiffs,

**VOLUNTARY NOTICE OF
DISMISSAL & ORDER**

     -and-

CARLTON CONCRETE CORPORATION

                     Defendants.
---------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action with prejudice

Dated: March 23, 2008
Elmsford, New York

By: _____
Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED

_____
Honorable Kenneth M. Karas, U.S.D.J.